## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Jermaine Gowdy, Debtor**                    **Case No. 21-01776-JAW**
                                                        **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  I have made all payments required by my confirmed Chapter 13 plan.

2.  Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Jermaine Gowdy**                          **07/31/2026**
Jermaine Gowdy                                                    Date


**/s/ Thomas C. Rollins, Jr.**                              **08/04/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469         Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3.  Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |


### CERTIFICATE OF SERVICE

On August 4, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JERMAINE GOWDY

CASE NO: 21-01776-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 8/4/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/4/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JERMAINE GOWDY

CASE NO: 21-01776-JAW

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 8/4/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/4/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-01776-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
TUE AUG 4 8-32-48 PST 2026

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON  MS 39201-5036~~

AXIS ADVANCE
PO BOX 645
SANTA YSABEL  CA 92070-0645

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
CAPITAL ONE BANK USA  NA
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CONNS HOMEPLUS
BOX 2358
BEAUMONT  TX 77704-2358

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

GREENWOOD LEFLORE HOSP
PO BOX 101928
DEPT 1984
BIRMINGHAM  AL 35210-6928

MS POWER
420 WEST PINE ST
HATTIESBURG  MS 39401-3830

NCMS NEAUROLOGICAL
415 S 28TH AVE
HATTIESBURG  MS 39401-7246

EXETER FINANCE LLC  CO AIS PORTFOLIO SERVIC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ACIMA CREDIT
9815 S MONROE ST FL 4
SANDY  UT 84070-4384

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CHARTER SPECTRUM
2 DIGITAL PLANE
SIMPSONVILLE  SC 29681

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

FED LOAN
PO BOX 530210
ATLANTA  GA 30353-0210

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
POST OFFICE BOX 22808
JACKSON  MS 39225-2808

NETWORK SERVICES  INC
PO BOX 1725
HATTIESBURG  MS 39403-1725

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

ADELA  INC
301 WEST PINE ST
HATTIESBURG
HATTIESBURG  MS 39401-3829

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CONN APPLIANCES  INC DBA CONNS HOME
SERVICERINFACT AND ATTORNEYINFACT FO
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

EXETER FINANCE LLC
AIS PORTFOLIO SERVICES  LP
4515 N SANTA FE AVE  DEPT APS
OKLAHOMA CITY  OK 73118-7901

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

~~EXCLUDE~~

~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~
~~PO BOX 7999~~
~~SAINT CLOUD MN 56302-7999~~

MONEYLION  INC
PO BOX 1547
SANDY  UT 84091-1547

OPPORTUNITY FINANCIAL  LLC
130 E RANDOLPH STREET
SUITE 3400
CHICAGO  IL 60601-6379

OPPURTUNITY FINANCIAL
130 E RANDOLPH ST
CHICAGO IL 60601-6207

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

SWC GROUP
4120 INTERNATIONAL PK
CARROLLTON TX 75007-1957

SMITH ROUCHON ASSOC
1456 ELLIS AVENUE
JACKSON MS 39204-2204

SYNCHRONY BANK
PO BOX 105972
ATLANTA GA 30348-5972

TBOM
PO BOX 31292
TAMPA FL 33631-3292

TD RETAIL CARD
PO BOX 740933
DALLAS TX 75374-0933

TD RETAIL CARD SERVICES
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

EXCLUDE

UNITED MEDICAL RECOVER
PO BOX 22685
JACKSON MS 39225-2685

UNITED MEDICAL RECOVERY LLC
P O BOX 22685
JACKSON MS 39225-2685

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6 430
JACKSON MS 39201 5022

EXCLUDE

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON MS 39296 4476

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

DEBTOR

JERMAINE GOWDY
113 CYPRESS BEND BLVD
TERRY MS 39170-5600

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236 3767