United States Bankruptcy Court
Southern District of Mississippi

In re: Jermaine Gowdy
Debtor

Case No. 21-01776-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 3
Date Rcvd: Sep 28, 2026 | Form ID: 3180W | Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jermaine Gowdy, 113 Cypress Bend Blvd, Terry, MS 39170-5600 |
| 5048511 | + | Adela, Inc., 301 West Pine St, Hattiesburg, Hattiesburg, MS 39401-3829 |
| 5048512 | + | Axis Advance, P.O. Box 645, Santa Ysabel, CA 92070-0645 |
| 5048517 | | Fed Loan, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 5048519 | + | Greenwood Leflore Hosp, P.O. Box 101928, Dept 1984, Birmingham, AL 35210-6928 |
| 5048524 | + | MS Power, 420 West Pine St, Hattiesburg, MS 39401-3830 |
| 5048525 | + | NCMS Neaurological, 415 S 28th Ave, Hattiesburg, MS 39401-7246 |
| 5048526 | + | Network Services, Inc, P.O. Box 1725, Hattiesburg, MS 39403-1725 |
| 5048531 | | TBOM, P.O. Box 31292, Tampa, FL 33631-3292 |
| 5048532 | + | TD Retail Card, P.O. Box 740933, Dallas, TX 75374-0933 |
| 5048533 | + | United Medical Recover, P.O. Box 22685, Jackson, MS 39225-2685 |
| 5054590 | + | United Medical Recovery, LLC, P. O. Box 22685, Jackson MS 39225-2685 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 28 2026 23:53:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5048510 | + | Email/Text: bankruptcy@acima.com | Sep 28 2026 20:07:00 | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 5048513 | + | EDI: CAPITALONE.COM | Sep 28 2026 23:53:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5051875 | + | EDI: AIS.COM | Sep 28 2026 23:53:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5061078 | + | EDI: AIS.COM | Sep 28 2026 23:53:00 | Capital One N.A., by American InfoSource as agent, Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5048514 | | Email/Text: dl-csgbankruptcy@charter.com | Sep 28 2026 20:07:00 | Charter Spectrum, 2 Digital Plane, Simpsonville, SC 29681 |
| 5060292 | | EDI: JEFFERSONCAP | Sep 28 2026 23:53:00 | Conn Appliances, Inc. d/b/a Conn's HomePlus as, servicer-in-fact and attorney-in-fact fo, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5048515 | + | EDI: JEFFERSONCAP.COM | Sep 28 2026 23:53:00 | Conn's HomePlus, Box 2358, Beaumont, TX 77704-2358 |
| 5048520 | | EDI: IRS.COM | Sep 28 2026 23:53:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 5048516 | | Email/Text: exeter@ebn.phinsolutions.com | Sep 28 2026 20:07:00 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016 |
| 5061168 | + | EDI: AISACG.COM | Sep 28 2026 23:53:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 5048518 | + | EDI: AMINFOFP.COM | Sep 28 2026 23:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5048521 | + | Email/Text: ebone.woods@usdoj.gov | Sep 28 2026 20:07:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5167352 | | EDI: JEFFERSONCAP.COM | Sep 28 2026 23:53:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5048523 | | EDI: MSDOR | Sep 28 2026 23:53:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 5048522 | + | Email/Text: bankruptcy@moneylion.com | Sep 28 2026 20:07:00 | MoneyLion, Inc, Po Box 1547, Sandy, UT 84091-1547 |
| 5066219 | + | Email/Text: opportunitynotices@gmail.com | Sep 28 2026 20:07:00 | Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 5048527 | + | Email/Text: opportunitynotices@gmail.com | Sep 28 2026 20:07:00 | Oppurtunity Financial, 130 E Randolph St, Chicago, IL 60601-6207 |
| 5065316 | + | EDI: JEFFERSONCAP.COM | Sep 28 2026 23:53:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5048529 | + | Email/Text: bankruptcy@sw-credit.com | Sep 28 2026 20:07:00 | SWC Group, 4120 International Pk, Carrollton, TX 75007-1957 |
| 5048528 | + | Email/Text: Tracey@sra-inc.net | Sep 28 2026 20:07:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 5048530 | + | EDI: SYNC | Sep 28 2026 23:53:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5050926 | + | EDI: CBSTDR | Sep 28 2026 23:53:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5048534 | ^ | MEBN | Sep 28 2026 19:55:27 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Jermaine Gowdy jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jermaine Gowdy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Jermaine Gowdy**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–1755** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21–01776–JAW**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Jermaine Gowdy**

Dated: 9/28/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**